# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: ) CHAPTER 13
Tracy L. Gay )
     Debtor(s) ) CASE NO. 10-10172

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:**    Gay      Tracy    L.
                      Last      First    MI

**Joint Debtor Name:** _____
                      Last      First    MI

**Previous Address:**    727 County Line Road

                        Harlem, GA 30814
                        City    State    Zip

**New Address:**    P.O. Box 211310

                        Martinez, GA 30907
                        City    State    Zip

This _____ day of _____, 20___.

By: _____
       Cheryl Skinner
       Legal Assistant
       Leiden and Leiden, PC
       330 Telfair Street
       Augusta, GA 30901
       (706)-724-8548